**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6969**

———————

MONICA M. MOORE,

              Plaintiff - Appellant,

      v.

STEPHEN C. BROWN, Dr.; D.D.S.; Oral Surgeon; SONJA JOHNS,
Dr.; M.S. Physician; DISTART WHITEHEAD, Registered Nurse;
FRED SCHILLING, Dr.,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony J. Trenga,
District Judge. (1:12-cv-00495-AJT-IDD)

———————

Submitted:  September 20, 2012      Decided:  October 5, 2012

———————

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Monica M. Moore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica M. Moore appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Brown, No. 1:12-cv-00495-AJT-IDD (E.D. Va. May 22, 2012). We deny Moore's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED